UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMARI WILLIAM SINGLETON,<br>Plaintiff,<br>v.<br>ANN TROMBETTA,<br>Defendant. | Case No. 17-00806 EJD (PR)<br>**ORDER OF DISMISSAL** |

Plaintiff, a pretrial detainee at the Santa Clara County Jail, filed the instant pro se civil rights action pursuant to 42 U.S.C. § 1983. On June 13, 2017, the Court issued an order dismissing the complaint with leave to amend. (Docket No. 4.) On June 26, 2017 the Court's order sent to Plaintiff was returned as undeliverable because Plaintiff was no longer in custody. (Docket No. 6.) Plaintiff has not provided the Court with a new address and has had no further communication with the Court.

Pursuant to Northern District Local Rule 3-11 a party proceeding pro se must promptly file a notice of change of address while an action is pending. See L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from

1  the pro se party indicating a current address.  See L.R. 3-11(b).

2  More than sixty days have passed since the mail addressed to Plaintiff was returned as undeliverable.  The Court has not received a notice from Plaintiff regarding a new address.  Accordingly, the instant civil rights action is **DISMISSED** without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

The Clerk shall terminate any pending motions.

**IT IS SO ORDERED.**

Dated: 9/11/2017

_____
EDWARD J. DAVILA
United States District Judge